# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| ALISHA EASTEP, surviving spouse of<br>MR. KEVIN EASTEP,<br><br>                Plaintiff,<br><br>v.<br><br>JO ANNE B. BARNHART,<br>Commissioner, Social Security<br>Administration<br><br>                Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) No. 05-3107-CV-S-FJG-SSA<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

Currently pending before the Court is plaintiff's Application for Attorney Fees Pursuant to The Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. (Doc. # 11). Plaintiff has requested reimbursement in the amount of $3,426.25 for attorney fees, which represents 25.10 hours at the rate of $125.00 per hour and 4.3 hours of paralegal time at the rate of $62.50 per hour. Plaintiff has also requested reimbursement in the amount of $250.00 for payment of the filing fee. Defendant states that after discussions with plaintiff's counsel, they have agreed to an award of fees in the amount of $3,395.00, representing 25.10 of attorney work and 4.0 hours of paralegal work. Defendant does not object to reimbursement of the filing fee, but notes that the filing fee is a cost which is distinguished from an expense under the EAJA, 28 U.S.C. § 2412(a). Defendant agrees that plaintiff should be compensated for the filing fee of $250.00 from the Judgment Fund administered by the United States Treasury.

Accordingly, it is hereby **ORDERED** that plaintiff's application for attorney fees is

**GRANTED,** and counsel shall be awarded payment of $3,395.00 in attorney fees, pursuant to 28 U.S.C. § 2412, payable to the Law Office of Larry J. Pitts, P.C. and the $250.00 cost shall be reimbursed to plaintiff from the Judgment Fund, made payable to Alisha Eastep.


Date:  October 19, 2005             **S/ FERNANDO J. GAITAN JR.**
Kansas City, Missouri            Fernando J. Gaitan Jr.
           United States District Judge

2

Case 6:05-cv-03107-FJG   Document 13   Filed 10/19/05   Page 2 of 2